UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-16-1H(2)

| UNITED STATES OF AMERICA | } | |
| --- | --- | --- |
| | } | |
| V. | } | ORDER TO SEAL |
| | } | |
| JEREMY MARKEL ALSTON | } | |

On motion of the Defendant Jeremy Markel Alston, and for good cause shown, It is hereby ORDERED the Defendant's Motion to Continue (DE 38) be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 10th day of October, 2012.

MALCOLM J. HOWARD
United States District Judge