UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-16-1H(2)

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| V.  } | ORDER |
| } | |
| JEREMY MARKEL ALSTON } | |

Upon defendant's unopposed motion to continue his sentencing hearing; and for good cause shown, the Defendant's motion to continue is ALLOWED; and the defendant's sentencing hearing is continued from its present setting of October 16, 2012 to this Court's December 11,.2012..term..of criminal court.

So Ordered, this the 10th day of October, 2012.

Malcolm J. Howard
United States District Court Judge