UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-16-1H(2)

| UNITED STATES OF AMERICA | } | |
|---|---|---|
| | } | |
| V. | } | ORDER TO SEAL |
| | } | |
| JEREMY MARKEL ALSTON | } | |

On motion of the Defendant Jeremy Markel Alston, and for good cause shown, It is hereby ORDERED the Defendant's Sentencing Memorandum (DE 53) be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 8th day of April 2013.

MALCOLM J. HOWARD
United States District Judge